# United States Court of Appeals
## For the First Circuit

No. 04-2635

AMERICAN EMPLOYERS' INSURANCE COMPANY,

Plaintiff, Appellant,

v.

SWISS REINSURANCE AMERICA CORPORATION,

Defendant, Appellee.

The opinion of this court issued on June 27, 2005, is amended as follows:

On the cover sheet, replace "[Hon. William G. Young, U.S. District Judge]" with "[Hon. Joseph L. Tauro, U.S. District Judge]".